UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PLAZA HOME MORTGAGE, INC.,

                    Plaintiff,            **ORDER**

                -against-           **24-CV-2191 (LTS) (JW)**

ASSOCIATION OF CERTIFIED
MORTGAGE ORIGINATORS RISK
RETENTION GROUP, INC., *et al.*,

                  Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    This action has been referred to me for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement pursuant to 28 U.S.C. § 636(b)(1)(A). Dkt. No. 38. All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Willis in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-jennifer-e-willis.

    The Court notes that discovery is already underway with fact discovery set to end on January 25, 2025, and all discovery on March 15, 2025. The Parties are ordered to file a joint status letter updating the court on the progress of discovery **by December 20, 2024**.

    SO ORDERED.

DATED:    New York, New York
               December 12, 2024

                                                */s/ Jennifer E. Willis*
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge