**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PLAZA HOME MORTGAGE, INC.,

                      Plaintiff,                      **ORDER**

              -against-                  **24-CV-2191 (LTS) (JW)**

ASSOCIATION OF CERTIFIED
MORTGAGE ORIGINATORS RISK
RETENTION GROUP, INC., *et al.*,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 20, 2025, this Court held an in-person discovery conference. At that conference Defendants' request to extend discovery was GRANTED and the following deadlines were set:

- Defendants must provide Plaintiff with the date range, search terms, and places searched in connection with already produced documents in this matter by April 3, 2025;

- Defendants must complete all additional searches for responsive documents by April 21, 2025 and file a status update informing the Court of whether the searches yielded results and, if so, when Defendants anticipate completing the production of those documents;

- Subsequent to the April 21st letter, Defendants are to file a status update every 30 days updating the Court on the progress of discovery;

- Plaintiff, within three days, is required to submit a response to Defendants' monthly status updates informing the Court of any deficiencies and, if any, Plaintiff's progress of discovery;

- The deadline for fact discovery is extended to September 19, 2025; and

- The deadline for expert discovery is also extended to a date to be determined at the close of fact discovery.

**The Clerk of Court is respectfully requested to close Dkt. No. 41.**

SO ORDERED.

DATED:   New York, New York
         April 2, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge