

**Alexander M. Sugzda**
212-584-1812
asugzda@cohenziffer.com

1325 Avenue of the Americas
New York, NY 10019

212-584-1890 P
212-584-1891 F

October 23, 2025

**VIA ECF**

Hon. Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

      RE:   *Plaza Home Mortgage, Inc. v. Ass'n of Certified Mortgage Originators Risk Retention Group, Inc.*, *et al.*, No. 1:24-cv-02191-LTS-JW (S.D.N.Y.)

Dear Judge Willis:

    We represent Plaza Home Mortgage, Inc. ("Plaza"), in the above-referenced action. Pursuant to the Court's April 2, 2025 Order (ECF No. 51), we write in response to Defendants' October 20, 2025 status update (ECF No. 70) (the "October Update").

    With respect to Defendants' document review and production, Plaza appreciates that Defendants are continuing to review the remaining 80,000 documents returned by their search terms that they plan to review and looks forward to Defendants completing their productions on or before the November 19, 2025 status update. Plaza notes it has still not received answers to how Defendants dramatically narrowed the overall number of documents they proposed to review, and reserves all rights to inquire and seek further discovery based on the process by which the documents have been reviewed.

    With respect to the requested settlement conference, of the dates listed by Defendants' counsel, both counsel and representatives from Plaza are available on November 17-21 and December 8-9, 2025 for a settlement conference with the Court.

    With respect to Defendants' request for guidance into discovery on their anticipated counterclaims, Defendants have not provided any further factual basis for their counterclaims since their initial discussions with Plaza, and Plaza therefore believes even more strongly than before that the counterclaims have no merit. However, any discovery into the counterclaims would doubtless be subsumed by the extensive document productions from both parties regarding the insurance claims at issue, as well as the contemplated depositions. Therefore, while Plaza reserves the right to seek to dismiss any counterclaims once asserted, Plaza does not believe that discovery

Hon. Jennifer E. Willis, U.S.M.J.
October 23, 2025
Page 2

into the counterclaims should require any further extension of the Case Management Order other than the three months Plaza previously proposed, and Defendants' attempt to assert any counterclaims should not delay this action any further.

\* \* \*

Plaza thanks the Court for its time and attention to this matter.

Respectfully submitted,

Alexander M. Sugzda

cc:   All Counsel of Record – via ECF