

**Alexander M. Sugzda**
212-584-1812
asugzda@cohenziffer.com

1325 Avenue of the Americas
New York, NY 10019

212-584-1890 P
212-584-1891 F

December 9, 2025

**VIA ECF**

Hon. Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Courtroom 425
New York, NY 10007-1312

      RE:   ***Plaza Home Mortgage, Inc. v. Ass'n of Certified Mortgage Originators Risk Retention Group, Inc.*, No. 1:24-cv-02191-LTS-JW (S.D.N.Y.) & *Best Partners Mortgage Cooperative, Inc. d/b/a Lenders One v. Plaza Home Mortgage, Inc.*, No. 24-cv-05184-LTS-JW (S.D.N.Y.)**

Dear Chief Judge Swain:

    We represent Plaza Home Mortgage, Inc. ("Plaza"), in the above-referenced actions. We write with the consent of Association of Certified Mortgage Originators Risk Retention Group, Inc. ("ACMO"), defendant in *Plaza Home Mortgage, Inc. v. Ass'n of Certified Mortgage Originators Risk Retention Group, Inc.*, No. 1:24-cv-02191-LTS-JW (S.D.N.Y.) (the "ACMO Action"), and Best Partners Mortgage Cooperative, Inc. d/b/a Lenders One ("Lenders One"), plaintiff in *Best Partners Mortgage Cooperative, Inc. d/b/a Lenders One v. Plaza Home Mortgage, Inc.*, No. 24-cv-05184-LTS-JW (S.D.N.Y) (the "Lenders One Action," and together with the AMCO Action, the "Actions"), to inform the Court that the parties have reached a settlement in principle to resolve both Actions. Accordingly, Plaza, ACMO, and Lenders One jointly request that all open motions and case deadlines should be held in abeyance pending (1) preparation of the closing documents including sufficient time for client review and approval; and (2) filing appropriate dismissals in both Actions.

    The parties thank the Court for its time and attention to this matter.

Hon. Laura Taylor Swain, U.S.D.J.
December 9, 2025
Page 2

                                              Respectfully submitted,

                                              Alexander M. Sugzda

cc:    All Counsel of Record – via ECF
        Hon. Jennifer E. Willis, U.S.M.J.